## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23cv-00945-GPG-NRN**

KEIFER WENANDE,

       Plaintiffs,

vs.

UNITEDHEALTHCARE INSURANCE COMPANY,

       Defendant.

---

## STATUS REPORT AND NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff, Keifer Wenande, by and through his undersigned counsel, and respectfully submits this Status Report and Notice of Settlement, as follows.

1.      The parties have resolved this matter to their mutual satisfaction, with each party paying their own attorney fees and costs.

2.      Upcoming deadlines include Plaintiff's deadline to file his Opening Brief.

3.      The Plaintiff respectfully requests that this matter be stayed, and that the parties be allowed through and including August 19, 2024 to file the dismissal paperwork.

Respectfully submitted this 22nd day of July, 2024.

                    SILVERN & BULGER, P.C.

                    *s/Thomas A. Bulger, Esq.*

                    _____

                    Thomas A. Bulger, Esq.
                    Counsel for Plaintiff
                    363 South Harlan Street, Suite 205
                    Lakewood, Colorado 80226
                    (303) 292-0044

Facsimile (303) 292-1466
Email: counsel@silvernbulger.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served this 22nd day of July, 2024, upon the following:

Hilary D. Wells, Esq.
Lewis Roca Rothberger Christie LLP
*Via email*

Keifer Wenande
1367 Clemson Drive
Longmont, Colorado 80503
*Via regular U.S. Mail*

*s/Teresa A. Neyman*
Teresa A. Neyman

2